Steven Kendall #89776-083
Federal Medical Center Devens
P.O. Box 879
Ayer, MA 01432

John Joseph Moakley, Courthouse
One Courthouse Way
Boston, MA 02210

Dear Honorable Clerk

    I'm sending you this motion of needing immediate help from the court, due to suffering harm & injury from the lack of medical care & treatment, and without help from the court my injuries will be permanent. I'm in the grievance process at this time at the Warden level, trying to complete my administrative Remedy's that's require. I will suffer permanent harm & injury if I have to wait to complete the grievance process that takes months due to not receiving the adequate medical care & treatment. I'm also requesting all necessary forms to file a 1983 Bivens complaint and 2241 forms, please send as soon as possible and thanks so much for your time in this matter

Date: 1/17/2018      S/ Steven M Kendall 1/17/2018
                                             Steven Kendall #89776-083