UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN N. KENDALL, | |
| Plaintiff, | |
| v. | Civil Action No. 18-10141-PBS |
| BUREAU OF PRISONS; | **JURY TRIAL DEMANDED** |
| STEPHEN SPAULDING, Warden at FMC Devens; | |
| SCOTT MURRAY, M.D., General Practitioner at FMC Devens; | |
| BERHAN YEH, M.D., Medical Officer and Clinical Director at FMC Devens; | |
| PHILLIP KAPATOS, Physical Therapist at FMC Devens; | |
| PAUL ANDERSON, Chief Physical Therapist at FMC Devens; | |
| SUSAN COUCH, Nurse at FMC Devens; | |
| A. FLETE, Correctional Officer at FMC Devens; | |
| DAVID TAYLOR, Special Investigative Agent at FMC Devens; and, | |
| WILLIAM TIDWELL, Correctional Counselor at FMC Devens; | |
| Defendants. | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Steven N. Kendall hereby voluntarily dismisses without prejudice all claims alleged by it in this action against the following defendants: Mr. Cook, Mr. Deveney, Ms. Fandryer, Mrs. Gower, Ms. Poitros and Ms. Shilling.

Dated: October 26, 2018

Respectfully submitted,

**STEVEN N. KENDALL**

By his attorneys,

*/s/ Susan M. Finegan*
Susan M. Finegan, BBO # 559156
Matthew C. Hurley, BBO # 643638
Julia M. Ong, BBO # 685014
Daniel B. Weinger, BBO # 681770
MINTZ, LEVIN, COHN, FERRIS,
  GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, Massachusetts 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241
SMFinegan@mintz.com
MCHurley@mintz.com
JMOng@mintz.com
DBWeinger@mintz.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants, if any, on October 26, 2018.

*/s/ Susan M. Finegan*