```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


STEVEN N. KENDALL,                )
        Plaintiff,                )
                                  )  Civ. Action No. 18-10141-PBS
        v.                        )
                                  )
BUREAU OF PRISONS, et al.,        )
        Defendants.               )
```

**ORDER**

May 29, 2019

SARIS, C.D.J.

Now pending is Defendants' Motion for Extension of Time to Respond to Plaintiff's Fourth Amended Complaint.  See Docket No. 143.  Defendants seek an extension, in part, because Plaintiff has not properly served the four individual defendants.  The Court will afford Plaintiff an opportunity to make service in accordance with Fed. R. Civ. P. 4(i).  In order to properly serve an officer or employee of the United States who is sued in their official capacity, "a party must serve the United States and also send a copy of the Summons and of the Complaint by registered or certified mail to the agency, corporation, officer, or employee."  Fed. R. Civ. P. 4(i)(2).

Based on the foregoing, it is hereby Ordered that:

1. Defendants' motion for extension (Docket No. 143) is allowed.

2. The Clerk shall reissue summons for service of the Fourth Amended Complaint on Stephen Spaulding, A. Flete, David

Taylor and William Tidwell.  Plaintiff may elect to have
   service made by the United States Marshals Service with all
   costs of service to be advanced by the United States.

3. Because defendant Dr. Scott Murray is no longer a party to
   this action, and to avoid confusion, the clerk shall
   correct the docket so that the short title of the case is
   listed as Kendall v. Bureau of Prisons, et al.

4. This case is referred to the Court's Pro Bono Coordinators
   to attempt to secure counsel willing to represent
   plaintiff.  The Pro Bono Coordinators shall, by June 28,
   2019, report to the Court the result of such effort.
   Plaintiff must continue to proceed pro se until such time
   as pro bono counsel can be secured on his behalf, if at
   all.

SO ORDERED.

                                    /s/ Patti B. Saris
                                    PATTI B. SARIS
                                    CHIEF UNITED STATES DISTRICT JUDGE