```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
STEVEN N. KENDALL,                )
        Plaintiff,                )
                                  )  Civ. Action No. 18-10141-PBS
        v.                        )
                                  )
BUREAU OF PRISONS, et al.,        )
        Defendants.               )
```

## ORDER

June 19, 2019

SARIS, C.D.J.

Now before the Court is the Status Report from the Court's Pro Bono Coordinators. See Docket No. 149. Despite substantial efforts to find counsel to represent plaintiff, no counsel has been located willing to accept a pro bono appointment in this matter. The Court's pro bono program operates on a purely voluntary basis, and the resources are limited. Unless plaintiff can secure his own attorney, he must proceed pro se by representing himself in this action.

The Court's records indicate that summonses were reissued on May 29, 2019, so that plaintiff could serve the Fourth Amended Complaint on Stephen Spaulding, A. Flete, David Taylor and William Tidwell in accordance with Fed. R. Civ. P. 4(i). See Docket No. 145. Rule 4(i) provides that in order to serve an officer or employee of the United States who is being sued in his individual capacity for an act occurring in connection with

his duties, a party must serve the United States as well as the officer or employee under Rule 4(e), (f), or (g). A plaintiff must also serve a copy of the summons and complaint to the Attorney General of the United States and to the Agency. Fed. R. Civ. P. 4(i)(1)(B) and (C). Plaintiff may elect to have service made by the United States Marshals Service, see Docket No. 144, however, it remains plaintiff's responsibility to provide the United States Marshal Service with all necessary paperwork and service information.

Based on the foregoing, it is hereby Ordered that:

1. Unless plaintiff Steven Kendall is able to secure counsel, he must continue to represent himself in this action.

2. Plaintiff Steven Kendall is reminded of his obligation to arrange for service of the Fourth Amended Complaint on Stephen Spaulding, A. Flete, David Taylor and William Tidwell.

SO ORDERED.

                                  /s/ Patti B. Saris
                                  PATTI B. SARIS
                                  CHIEF UNITED STATES DISTRICT JUDGE